**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              Case No. 09-20225

SCOTT SAMONEK,

      Defendant.

_____/

**ORDER AMENDING AUGUST 17, 2009 ORDER**

On August 17, 2009, the court issued an order requiring Defendant to submit a financial affidavit in order to determine his eligibility for appointed counsel.  The order mistakenly ordered the Defendant to "file" the affidavit.  However, the affidavit should not be filed on the public docket.  Instead, Defendant should submit the affidavit to the court, in the form of a "CJA 23 Financial Affidavit."  Accordingly,

IT IS ORDERED that the court's August 17, 2009 order is AMENDED to reflect that:

IT IS ORDERED that Defendant's counsel, G. Whitney McRipley, shall deliver a copy of this order, the August 17, 2009 order, and a CJA 23 Financial Affidavit form to Defendant by **August 28, 2009**.

IT IS FURTHER ORDERED that Defendant shall complete and return the CJA 23 Financial Affidavit to Mr. Ripley, who shall submit the original CJA 23 Financial Affidavit to the court on or before **September 14, 2009**.  If the court does not receive a proper

CJA 23 Financial Affidavit by that time, the court will deny the portion of Defendant's

motion seeking appointed counsel.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, August 21, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522


S:\Cleland\JUDGE'S DESK\C1 ORDERS\09-20225.SAMONEK.AmendedOrder.FinAffidavit.npk.wpd