## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Criminal No.  09-cr-20225
                                            Civil No.       12-cv-14703

SCOTT SAMONEK,

    Defendant.
    _____/

## ORDER CLOSING CASE IN LIEU OF JUDGMENT

On June 30, 2014, the court entered an order denying Defendant Scott Samonek's "Motion to Set Aside or Correct Sentence." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                             s/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated: June 30, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2014, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522