UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CR. NO.  09-20225
v.                                     JUDGE:  ROBERT CLELAND

SCOTT SAMONEK,

        Defendant.
_____/

## EX-PARTE ORDER ALLOWING LAPTOP AND/OR FLASHDRIVE INTO PLACE OF DETENTION

Upon Defendant's need to view electronic discovery material in the facility housing defendant, and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order;

IT IS HEREBY ORDERED that attorney Daniel Dena shall be allowed to visit defendant at his place of incarceration (currently the Sanilac County Jail) and enter the facility with a laptop computer for the purpose of reviewing discovery material in the above-captioned matter.  In the alternative, a flash drive containing discovery materials may be mailed to the Sanilac County Jail, and the Defendant shall be permitted to view the electronic discovery materials in the normal manner set by jail policy.

IT IS FURTHER ORDERED that a private and confidential area shall be provided for the inmate visit.

                                                s/Robert H. Cleland
                                                **HONORABLE ROBERT CLELAND**
                                                United States District Court Judge

Entered:  May 18, 2023

                                              Respectfully submitted,

                                              **FEDERAL DEFENDER OFFICE**

                                              s/Daniel Dena
                                              DANIEL DENA
                                              Attorney for Defendant
                                              613 Abbott Street, Suite 500
                                              Detroit, Michigan  48226
                                              313-967-5834
                                              E-mail: Daniel_Dena@fd.org

Dated:  May 10, 2023